# UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                                   **CASE NO. 6:26-cr-10050-EFM**

LOGAN MARSHALL ABBOTT,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ACQUIRING AND OBTAINING POSSESSION OF A
CONTROLLED SUBSTANCE BY DECEPTION/SUBTERFUGE
[21 U.S.C. § 843(a)(3)]**

Beginning on or about a date unknown and continuing through December 12, 2025, in the District of Kansas, the defendant,

**LOGAN MARSHALL ABBOTT,**

knowingly and intentionally acquired and obtained possession of amphetamine (Adderall), lisdexamfetamine (Vyvanse), methylphenidate (Ritalin), and oxycodone, all Schedule II controlled substances, by misrepresentation, fraud, forgery, deception, and subterfuge, to wit: Defendant LOGAN MARSHALL ABBOTT used his position as a Pharmacist

1

(PharmD) with a pharmacy surreptitiously to take and remove, and divert for his personal use, amphetamine, lisdexamfetamine, methylphenidate, and oxycodone, which were intended for patients, from the premises of the pharmacy without proper authorization, remuneration and an authorized medical purpose.

In violation of Title 21, United States Code, Section 843(a)(3).

## FORFEITURE NOTICE

1.      The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.      Upon conviction of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

A.  State of Kansas Board of Pharmacy Pharmacist License, Registration No. 1-1002060.

A TRUE BILL.

March 24, 2026                          s/Foreperson
DATE                                    FOREPERSON OF THE GRAND JURY

2

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

---

## **PENALTIES**

### **Count 1:  21 U.S.C. § 843(a)(3)**

- Punishable by a term of imprisonment of not more than four (4) years.  21 U.S.C. § 843(d).

- A term of supervised release of at least one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after one or more prior convictions for a violation of this section, or for a felony under any other provision of the relevant subchapter or subchapter II or other law of the United States relating to narcotic drugs, marijuana, or depressant or stimulant substances, has become final, the penalties are:

- A term of imprisonment of not more than eight (8) years.  21 U.S.C. § 843(d).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.