AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 6:26-cr-10050-EFM |
| LOGAN MARSHALL ABBOTT, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LOGAN MARSHALL ABBOTT                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Acquiring and obtaining possession of a controlled substance by deception/subterfuge.  See attached indictment for additional charges.

Date:  3/24/2026

s/ Sarah M. Zepick
*Issuing officer's signature*

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

City and state:    Wichita, Kansas

---

### Return

This warrant was received on *(date)*  03/25/26  , and the person was arrested on *(date)*  03/30/2026
at *(city and state)*  Wichita, KS  .

Date:  03/30/2026

*Blake Lemer*
*Arresting officer's signature*

Blake Lemer  DUSM
*Printed name and title*

**RECEIVED**
**By US Marshals at 9:16 am, Mar 25, 2026**