COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

**FILED**
U.S. District Court
District of Kansas

3/30/2026

Clerk, U.S. District Court
By____mV____ Deputy Clerk

Date: 3/30/26

United States of America,

        Plaintiff,

v.                                   Case No. 26-10050-01-EFM

Logan Marshall Abbott,

        Defendant.

JUDGE: ☐ Birzer ☒ Severson
DEPUTY CLERK: ☐ Anderson ☒ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
                ☐ Ping ☐ Rivera ☐ Vilaythong
                ☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: Ellen Bertels
TAPE NO.: 1:31 - 1:45

## PROCEEDINGS

☒ Initial Appearance       ☐ Detention Hearing       ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)       ☐ Preliminary Hearing     ☐ Pretrial Conference
☐ Sentencing              ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment  ☒ Reading waived    ☐ Read to Defendant    ☒ Not Guilty Plea Entered
   (2 Min)

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 1 ☒ Forfeiture
☒ Felony         ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn    ☒ Examined re: financial status    ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☒ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☒ Release ordered        ☒ Bond fixed at: $ 10,000 OR    ☐ Continued on present bond/conditions
☐ Detention ordered      ☐ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
                      ☒ per the Scheduling Order of Judge Melgren
                      ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
                     for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____